UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 24, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL PAUL STEPHENS,<br><br>Defendant. | Case No. 2:22-MJ-00044-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL PAUL STEPHENS , Case No.  2:22-MJ-00044-DB  Charge 21 USC § 841, from custody for the following reasons: for the following reasons:

_____   Release on Personal Recognizance

  X     Bail Posted in the Sum of $   50,000 (co-signed)

      X     Unsecured Appearance Bond   _____

     _____   Appearance Bond with 10% Deposit

     _____   Appearance Bond with Surety

     (Other): Defendant shall be released at 9:00 AM on 3/30/2022 to the custody of Federal Defender staff

      X     investigator, Mel Buford or other Federal Defender investigator, to be transported to the Wellspace residential treatment drug program.

Issued at Sacramento, California on March 24, 2022 at 10:15am.

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE